## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

Wilson D.T.A.,

            Petitioner,

v.

Todd Blanche, Acting Attorney
General, et al.,

            Respondents.

**ORDER DISMISSING PETITION
FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-2901 (MJD/ECW)

Kira Aakre Kelley, Climate Defense Project, Counsel for Petitioner.

David W. Fuller, Worthington Phillips, Assistant United States Attorneys,
Counsel for Respondents.

On June 29, 2026, the Court granted Petitioner's Petition for Writ of Habeas

Corpus and ordered Respondents to provide Petitioner with a bond hearing no

later than one week after the issuance of its Order.  [Doc. 8.]  On July 7, 2026,

Respondents filed a status report informing the Court that a bond hearing was

held on July 6, 2026, and that the immigration judge denied bond to Petitioner

because Petitioner had "not met his burden to establish he does not pose a

danger to persons or property, and he is not a flight risk."  [Docs. 10; 10-1.]  A

copy of the immigration judge's order was attached to the status report.  [Doc.

10-1.]

Therefore, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that Petitioner Wilson D.T.A.'s Petition for Writ of Habeas

Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  July 9, 2026                                      s/Michael J. Davis
                                                                    Michael J. Davis
                                                                    United States District Court